CARRIE KIEANNA TURNER
PO BOX 545
BEAUMONT, MS 39423

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

AT&T
PO BOX 5087
CAROL STREAM, IL 60197-508'

COMMUNITY BANK
ATTN: BANKRUPTCY
1905 COMMUNITY BANK
FLOWOOD, MS 39232

DISCOVERCARD
PO BOX 30939
SALT LAKE CITY, UT 84130

ELAN FINANCIAL SERVICE
CB DISPUTES
PO BOX 790408
SAINT LOUIS, MO 63179

ENTERPRISE RENT A CAR
PO BOX 15618
DEPT 58
WILMINGTON, DE 19850

FIRST FINANCIAL ASSET
GLOBAL RECEIVABLE PORT
3091 GOVENORS LAKE DR
STE 500
NORCROSS, GA 30071

FIRST SOURCE
205 BRYANT WOODS SOUTH
BUFFALO, NY 14228

JANUARY TECHNOLOGIES
176 GRAND ST, 4TH FL
NEW YORK, NY 10013-9998

JEFFERSON CAPITAL
ATTN: BANKRUPTCY
200 14TH AVE E
SARTEKK, MN 56377

KLARNA
PO BOX 8116
COLUMBUS, OH 43201

LEND NATION
1027 WINTER ST
LUCEDALE, MS 39452

MOHELA
633 SPIRIT DRIVE
CHESTERFIELD, MO 63005

PERRY COUNTY HOSPITAL
PO BOX 1665
RICHTON, MS 39476

PINE BELT FCU
1808 EVELYN GANDY PKWY
HATTIESBURG, MS 39401

SECURITY CREDIT SERVIC
2623 W. OXFORD LOOP
OXFORD, MS 38655

SYNCHRONY
ATTN: BANKRUPTCY
PO BOX 965064
ORLANDO, FL 32896

TARVARUS JOHNSON
24 TATUM ESTATE RD
STATE LINE, MS 39362

TRUE ACCORD
16011 COLLEGE BLVD
LENEXA, KS 66219

WORLD FINANCE
4600 HARDY ST
UNIT 36
HATTIESBURG, MS 39402

ZIP PAY
228 PARK AVE S
NEW YORK, NY 10003